AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court
**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

ELISABETH M. DUNN

     v.

CASE NUMBER:  C10-05133 RBL

LEHMAN BROTHERS BANK, F.S.B;
AURORA LOAN SERVICES, LLC;
MCCARTHY HOLTHUS, LLP;
QUALITY LOAN SERVICES OF
WASHINGTON,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's current lawsuit is barred by the dismissal with prejudice of her

prior lawsuit. Therefore, Aurora's Motion to Dismiss  is GRANTED and this action is

dismissed with prejudice.

*DATED :*    June 1, 2010

                                                    BRUCE  RIFKIN
                                             *Clerk*

                                                /s/   Jean Boring
                                         *(By) Deputy Clerk*, Jean Boring